## Congregation of Bnai Abraham, Appellant, v. Sarah Kanner, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Sangamon county; the Hon. NORMAN L. JONES, Judge, presiding. Heard in this court at the April term, 1915. Affirmed. Opinion filed October 13, 1915.

### Statement of the Case.

Action in assumpsit by the Congregation of Bnai Abraham, a corporation, plaintiff, against Sarah Kanner, defendant. From a judgment for defendant, plaintiff appeals.

The action was brought upon the following instrument:

"February 23, 1914.

"I, Sarah Kanner, in consideration of my love and fond memory of my late husband, Isadore Kanner, and in further consideration of the funeral rites performed and to be performed upon my said late husband, hereby promise to pay the present encumbrance upon this congregation, Bnai Abraham, at Seventh and Mason streets, amounting to $1,900.00, within six months from date. I hereby further empower the trustees of the said congregation to enforce my said promise.

"SARAH KANNER.

"Witness."

SMITH & FRIEDMEYER, for appellant.

WILLIAM L. PATTON and THOMAS J. CONDON, for appellee.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

CONTRACTS, § 86*—*when promise to pay off incumbrance unsupported by consideration.* A promise by the widow of a deceased member of a religious congregation to pay off an incumbrance on church property in consideration of funeral rites performed and to be performed upon the deceased, and empowering the trustees of the congregation to enforce the promise, *held* not to be a promise by anybody to anybody, except to the maker thereof, and not founded upon a valid consideration.